FILED BY ___ D.C.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

05 DEC 19  AM 9: 36

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | **Case No.  2:02cr20058-13-D** |
| | * | |
| **FREDERICK JACKSON** | * | |

---

## ORDER HOLDING DEFENDANT FOR FINAL REVOCATION HEARING

---

On December 16, 2005, **Frederick Jackson** appeared before me on a charge of violation of the terms and conditions of his supervised release in this matter.  The defendant had previously been advised of his rights under Fed.R.Crim.P. 5 and 32.1(a), and counsel was appointed.

At this hearing, the Court, after hearing proof, concluded that probable cause was established that the defendant had violated the terms and conditions of his supervised release.

Accordingly, defendant **Frederick Jackson** is held to a final revocation hearing before United States District Judge **Bernice B. Donald.**   It is presumed that the District Judge will set this matter for a revocation hearing pursuant to Fed.R.Crim.P. 32.1(b),(c), and will see that appropriate notices are given.

The defendant was remanded to the custody of the United States Marshals.

**IT IS SO ORDERED** this  16  day  of December, 2005.

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-19-05

634

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 634 in case 2:02-CR-20058 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT